**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department and Captain Dori Koren

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS 1-15, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers; and ROE DEFENDANTS 1-10, <br><br> Defendants. | Case Number: <br> 2:22-cv-01068-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL** <br><br> **(FIRST REQUEST)** |

The Parties, Plaintiffs Peter Lykins and Maria Lykins ("Plaintiff"), by and through their counsel of record, Lisa A. Rasmussen., Esq. and Richard Bryant, Esq., of Law Offices of Kristina Wildeveld & Associates, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1. LVMPD Defendants filed its Motion for Partial Dismissal on July 13, 2022 [ECF No. 6];

2. Plaintiffs' Opposition to LVMPD Defendants' Motion for Partial Dismissal was filed on July 27, 2022 [ECF No. 10];

Page 1 of 3

MAC:14687-416 4800340_1 8/3/2022 4:15 PM

3. LVMPD Defendants' counsel had a personal emergency that arose and is unable to meet the deadline of August 3, 2022 currently scheduled for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal;

4. The Parties have agreed to a 2-day extension for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal;

5. Accordingly, the deadline for LVMPD Defendants' Reply in Support of Motion for Partial Dismissal, currently due on August 3, 2022, be extended to and including Friday, August 5, 2022;

6. This is the Parties' first request to extend the deadline to LVMPD Defendants' Reply in Support of Motion for Partial Dismissal; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 3rd day of August, 2022

LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES

By: /s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Richard Bryant, Esq.
Nevada Bar No. 15511
550 E. Charleston Blvd., Suite A
Las Vegas, Nevada 89104
Attorneys for Plaintiffs Peter and Maria Lykins

DATED this 3rd day of August, 2022

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department and Captain Dori Koren

## **ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 4th day of August, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE