**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan
    Police Department and Captain Dori Koren

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS 1-15, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers; and ROE DEFENDANTS 1-10, <br><br> Defendants. | Case Number: <br> 2:22-cv-01068-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

The Parties, Plaintiffs Peter Lykins and Maria Lykins ("Plaintiff"), by and through their counsel of record, Lisa A. Rasmussen., Esq. and Richard Bryant, Esq., of Law Offices of Kristina Wildeveld & Associates, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.     The Parties agree that, due to scheduling conflicts limiting LVMPD Defendants' counsel's ability to timely and adequately respond to Plaintiffs' Amended Motion for Leave to File Second Amended Complaint [ECF No. 34], the deadline for LVMPD Defendants to file an Opposition to Plaintiffs' Amended Motion for Leave to File

MAC:14687-416 5091856_1 5/17/2023 11:34 AM

Second Amended Complaint shall be extended one week, from **May 17, 2023, to May 24, 2023.**

2. This is the first request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this <u>17th</u> day of May, 2023 | DATED this <u>17th</u> day of May, 2023 |
| LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES | MARQUIS AURBACH COFFING |
| By:   /s/ Lisa A. Rasmussen<br>   Lisa A. Rasmussen, Esq.<br>   Nevada Bar No. 7491<br>   Richard Bryant, Esq.<br>   Nevada Bar No. 15511<br>   550 E. Charleston Blvd., Suite A<br>   Las Vegas, Nevada 89104<br>   Attorneys for Plaintiffs Peter and Maria Lykins | By:   /s/ Jackie V. Nichols<br>   Craig R. Anderson, Esq.<br>   Nevada Bar No. 6882<br>   Jackie V. Nichols, Esq.<br>   Nevada Bar No. 14246<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorneys for Defendants Las Vegas Metropolitan Police Department and Captain Dori Koren |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 1:27 pm, May 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of May, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-416 5091856_1 5/17/2023 11:34 AM