LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
RICHARD BRYANT, ESQ.
Nevada Bar No. 15511
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> Defendants | CASE NO. 2:22-cv-01068-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

The Parties, Plaintiffs Peter Lykins and Maria Lykins ("Plaintiff"), by and through their counsel of record, Lisa A. Rasmussen., Esq. and Richard Bryant, Esq., of Law Offices of Kristina Wildeveld & Associates, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1. The Parties agree that due to the scope of Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 34] and Defendants' opposition thereto, and scheduling conflicts resulting from the extension of time made for the filing of the opposition, the deadline

-1-

for Plaintiffs to file a reply in support of the motion shall be extended **one week, from May 31, 2023, to June 7, 2023**.

2. This is the first request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| DATED this 30th day of May, 2023. | DATED this 30th day of May, 2023. |
|---|---|
| **LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**<br><br>By: */s/ Lisa A. Rasmussen*<br>Lisa A. Rasmussen, Esq.<br>Nevada Bar No. 7491<br>Richard Bryant, Esq.<br>Nevada Bar No. 15511<br>550 E. Charleston Blvd., Suite A<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiffs Peter and Maria Lykins* | **MARQUIS AURBACH COFFING**<br><br>By: */s/ Jackie V. Nichols*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants Las Vegas Metropolitan Police Department and Captain Dori Koren* |

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this  2nd  day of      June           , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the  30th  day of May 2023, I filed a copy of the foregoing: **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (FIRST REQUEST)** with the clerk of this Court for the United States District Court by using the Court's CM/ECF system, and that all participants who have appeared in this case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

DATED: May 30, 2023.

/s/ *Alexander Loglia*
An employee of The Law Office of Kristina Wildeveld & Associates