LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
RICHARD BRYANT, ESQ.
Nevada Bar No. 15511
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
*Attorneys for Plaintiffs*

CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JACKIE V. NICHOLS, ESQ.
Nevada Bar No. 14246
10001 Park Run Drive
**MARQUIS AURBACH**
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
*Attorneys for LVMPD defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual;<br><br>　　　　Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br>　　　　Defendants | CASE NO. 2:22-cv-01068-APG-BNW<br><br>**STIPULATION REQUESTING ORDER TO STAY CASE PENDING RESOLUTION** |

Plaintiffs Peter Lykins and Maria Lykins ("Plaintiff"), by and through their counsel of record, Lisa A. Rasmussen., Esq. of Law Offices of Kristina Wildeveld & Associates, and Defendants, by and through their counsel of record, Jackie Nichols, Esq. of Marquis Aurbach,

-1-

hereby submit this Stipulation and Request that the case be stayed because the parties have reached a resolution, but the resolution requires agency approval. Accordingly, the parties stipulate as follows and request that the Court enter an order staying all deadlines for a period of 90 days:

1. The parties have reached a resolution, but the resolution must be approved by the Fiscal Affairs Committee of the Las Vegas Metropolitan Police Department.

2. The next Fiscal Affairs Committee meeting is scheduled for October 23, 2023. Thus, the parties cannot formally finalize their resolution of this case (stipulated dismissal), until LVMPD's Fiscal Affairs approves the resolution.

3. The parties anticipate being able to finalize this case via stipulation shortly after the October 23, 2023 meeting once approval is provided and request a stay of all proceedings and deadlines up to and including November 13, 2023.

4. The parties thought it prudent to notify this Court of the status to the extent that there is a pending Motion for Leave to Amend (ECF 34) and it would no doubt save the court's resources by not having to wade through that motion, opposition and reply.

5. If for any reason the resolution is not approved, which is unlikely, the parties will notify this Court prior to November 13, 2023 and will request that the stay be lifted. To this end, the parties believe that the stay will freeze any pending deadlines as of the date the court approves it and permit the parties to reset deadlines should that ever be necessary.

IT IS SO STIPULATED.

DATED : August 11, 2023.   THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOC.

/s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq. (NV Bar 7491)
*Attorneys for Plaintiffs Peter and Maria Lykins*

**MARQUIS AURBACH**

/s/ Jackie Nichols
Jackie Nichols, Esq. (NV Bar 14246)
*Attorneys for LVMPD Defendants*

-3-

**ORDER**

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that all deadlines and pending motions in this matter are stayed until November 13, 2023.

IT IS FURTHER ORDERED that the parties shall file either dismissal documents or a status report on or before November 13, 2023 to advise the Court of the Status.

Dated: August 14, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE