**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department and Captain Dori Koren

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS 1-15, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers; and ROE DEFENDANTS 1-10, <br><br> Defendants. | Case Number: <br> 2:22-cv-01068-APG-BNW <br><br> **LVMPD DEFENDANTS' MOTION TO EXTEND OPPOSITIONS TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT [ECF NO. 58] AND PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS [ECF NO. 59] DEADLINES** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR II 7-1, Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby submit their Motion to Extend Oppositions to Plaintiffs' Motion to Enforce Settlement Agreement [ECF No. 58] and Plaintiffs' Motion to Enforce Settlement Agreement and Motion for Award of Attorney's Fees and Costs [ECF No. 59] Deadlines.

. . .

. . .

. . .

MAC:14687-416 5365062_1 1/30/2024 8:40 PM

1  This is LVMPD Defendants' first request for an extension.

2  Dated this 30th day of January, 2024.

MARQUIS AURBACH

By: /s/ Jackie Nichols
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Defendants Las Vegas
   Metropolitan Police Department and
   Captain Dori Koren

**DECLARATION OF JACKIE V. NICHOLS, ESQ. IN SUPPORT OF CCSD DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)**

Jackie V. Nichols, Esq., being first duly sworn deposes and says:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am counsel of record for Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), and I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I submit this declaration in support of LVMPD Defendants' Motion to Extend Oppositions to Plaintiffs' Motion to Enforce Settlement Agreement [ECF No. 58] and Plaintiffs' Motion to Enforce Settlement Agreement and Motion for Award of Attorney's Fees and Costs [ECF No. 59] Deadlines (First Request), in compliance with LR 26-6, wherein LVMPD Defendants seek an extension of their Oppositions deadlines [ECF Nos. 58 and 59].

3. Counsel for the Defendant suffered a knee injury on January 21, 2024, requiring her to attend several medical appointments and preventing her from traveling into the office. Due to the physical injury, counsel is unable to meet the Oppositions deadlines.

5. Counsel currently seeks to extend the Oppositions deadlines by one week due to her injury and inability to complete the Oppositions deadlines by the deadline of February 6, 2024.

6. This Motion is brought in good faith and not for purposes of delay.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 30th day of January, 2024.

/s/     /s/Jackie Nichols
Jackie V. Nichols, Esq.

MAC:14687-416 5365062_1 1/30/2024 8:40 PM

# MEMORANDUM OF POINTS & AUTHORITIES

## I. INTRODUCTION

LVMPD Defendants hereby move this Court for an extension of their Oppositions deadlines [ECF Nos. 58 and 59] in this matter because counsel for LVMPD Defendants suffered an injury to her knee on January 21, 2024, affecting her ability to timely respond to the pending motions. Accordingly, LVMPD Defendants seek one additional week to submit LVMPD Defendants Oppositions deadlines, rending the new deadline February 6, 2024.

## II. LEGAL ARGUMENT

Due to counsel's physical injury and necessarily related medical appointments, she was unable to complete the Oppositions to Plaintiffs' pending motions and now seeks a one-week extension of the deadline. Courts within this circuit routinely recognize counsel's personal emergencies, including counsel's own illness (or injury), satisfy the good cause standard for seeking an extension of time. *See e.g., Castronovo-Flihan v. State Farm Mut. Auto. Ins. Co.*, No. 220CV01197JCMDJA, 2021 WL 5413886, at *1 (D. Nev. Sept. 17, 2021) (extending deadline because Plaintiff had recently been diagnosed with an autoimmune disease); *Bryson v. Zuniga*, No. 220CV00089JADBNW, 2022 WL 225091, at *2 (D. Nev. Jan. 25, 2022) (extending deadlines based in part due to counsel's personal family emergencies); *Frary v. Cnty. of Marin*, No. 12-CV-03928-MEJ, 2014 WL 2110026, at *1 (N.D. Cal. May 20, 2014) (extending deadlines because counsel had to care for his ill child). Accordingly, the Court should find that good cause exists to extend the Opposition deadlines by one week from January 30, 2024 to February 6, 2024.

## III. CONCLUSION

Based on the foregoing, the LVMPD Defendants respectfully request the Court grant their Motion to Extend Oppositions to Plaintiffs' Motion to Enforce Settlement Agreement [ECF No. 58] and Plaintiffs' Motion to Enforce Settlement Agreement and Motion for

. . .

. . .

MAC:14687-416 5365062_1 1/30/2024 8:40 PM

==Award of Attorney's Fees and Costs [ECF No. 59] Deadlines== and extend the time for filing the oppositions to February 6, 2024

Dated this 30th day of January, 2024.

MARQUIS AURBACH

By: /s/ Jackie Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department and Captain Dori Koren

Pursuant to Federal Rule of Civil Procedure 6(b)(1), and good cause being found, the Court grants Defendants' Motion to Extend Time. Defendants' response shall be due no later than February 6, 2024.

**IT IS SO ORDERED**

DATED: 9:06 am, January 31, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**