**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Captain Dori Koren

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS 1-15, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers; and ROE DEFENDANTS 1-10,<br><br>          Defendants. | Case Number:<br>2:22-cv-01068-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>**(SECOND REQUEST)** |

      The Parties, Plaintiffs Peter Lykins and Maria Lykins ("Plaintiff"), by and through their counsel of record, Lisa A. Rasmussen., Esq. and Richard Bryant, Esq., of Law Offices of Kristina Wildeveld & Associates, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

      1.      The Parties agree that, due to illness limiting LVMPD Defendants' counsel's ability to timely and adequately respond to Plaintiffs' Motion to Enforce Settlement Agreement and Motion for Award of Attorney's Fees and Costs [ECF Nos. 58 & 59], the deadline for LVMPD Defendants to file an Opposition to Plaintiffs' Motion to Enforce

MAC:14687-416 5364525_1 2/6/2024 2:26 PM

1  Settlement Agreement and Motion for Award of Attorney's Fees and Costs shall be
2  extended one day, from **February 6, 2024, to February 7, 2024.**
3      2.    This is the second request for an extension of this deadline.
4      3.    The Parties both submit that the instant stipulation is being offered in good
5  faith and not for the purpose of delay.
6      IT IS SO STIPULATED.
7  DATED this 6th day of February, 2024        DATED this 6th day of February, 2024

8  LAW OFFICES OF KRISTINA            MARQUIS AURBACH
   WILDEVELD & ASSOCIATES

By:  /s/ Jackie V. Nichols
10 By:  /s/ Lisa A. Rasmussen              Craig R. Anderson, Esq.
        Lisa A. Rasmussen, Esq.              Nevada Bar No. 6882
        Nevada Bar No. 7491                  Jackie V. Nichols, Esq.
        Richard Bryant, Esq.                 Nevada Bar No. 14246
        Nevada Bar No. 15511                 10001 Park Run Drive
        550 E. Charleston Blvd., Suite A     Las Vegas, Nevada 89145
        Las Vegas, Nevada 89104              Attorneys for Defendants Las Vegas
        Attorneys for Plaintiffs Peter and Maria   Metropolitan Police Department and
        Lykins                               Captain Dori Koren

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/7/2024