**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Captain Dori Koren

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER LYKINS, an individual; MARIA LYKINS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; DORI KOREN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; DOE OFFICERS 1-15, as individuals and in their capacity as Las Vegas Metropolitan Police Department Officers; and ROE DEFENDANTS 1-10,<br><br>    Defendants. | Case Number:<br>2:22-cv-01068-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    The Parties, Plaintiffs Peter Lykins and Maria Lykins ("Plaintiffs"), by and through their counsel of record, Lisa A. Rasmussen., Esq. and Richard Bryant, Esq., of Law Offices of Kristina Wildeveld & Associates, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Captain Dori Koren ("Koren") (hereinafter "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, that the parties agree as follows:

    1.    Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiffs and LVMPD Defendants; and

. . .

. . .

2. Each party will bear its own attorney fees and costs.

IT IS SO STIPULATED.

DATED this 25th day of June, 2024

LAW OFFICES OF KRISTINA
WILDEVELD & ASSOCIATES

By: /s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Richard Bryant, Esq.
Nevada Bar No. 15511
550 E. Charleston Blvd., Suite A
Las Vegas, Nevada 89104
Attorneys for Plaintiffs Peter and Maria Lykins

DATED this 25th day of June, 2024

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department and Captain Dori Koren

### ORDER

IT IS SO ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: June 26, 2024